

**NUMBER 13-15-00213-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IGINIO FELICIANO GUZMAN,**                               **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                       **APPELLEE.**

---

**On appeal from the 404th District Court
of Cameron County, Texas.**

---

**ORDER OF ABATEMENT**

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

Appellant's counsel, Douglas H. Pettit, has filed a motion requesting to withdraw as appointed counsel. According to his motion to withdraw, good cause exists for him to withdraw because he has accepted employment with the Cameron County District Attorney's Office.

Adequate reason for the discharge of counsel and appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd). In those circumstances where the appointment of substitute counsel may be necessary, an appellate court, when faced with a motion to withdraw, should abate the proceeding to the trial court for the determination of this issue. Accordingly, we ABATE the appeal and REMAND the cause to the trial court for further proceedings consistent with this order.

Upon remand, the trial court shall determine whether appellant's court-appointed attorney should remain as appellant's counsel; and, if not, whether appellant is entitled to new appointed counsel. If the trial court determines that there is no reason to discharge appellant's current appointed attorney and appoint substitute counsel, the court shall enter an order to that effect. If the trial court determines that new counsel should be appointed, the name, address, telephone number, email address, and state bar number of newly appointed counsel shall be included in the order appointing counsel. The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order. The motion to withdraw will be CARRIED WITH THE CASE pending receipt and review of the supplemental clerk's record.

IT IS SO ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 43.7.

Delivered and filed the
9th day of July, 2015.

2